614

*Lyman H. Bennett,* Virginia City, *Lyman H. Bennett, Jr.,* Bozeman, for Respondent.

Per Curiam.

On application of the appellants and the respondent, and stipulation filed;

It is hereby ordered that the appeal herein from the order denying a motion for change of venue in the above entitled cause be and it is dismissed.

MR. CHIEF JUSTICE ADAIR and MR. JUSTICES ANDERSON, ANGSTMAN, DAVIS, and BOTTOMLY concur.

No. 9606. NICK NELSON, Plaintiff and Respondent, *v.* W. C. McHATTIE and WALTER MECKLENBERG, Co-partners doing business as McHATTIE and MECKLENBERG, Defendants and Appellants.

289 Pac. (2d) 326.

Decided Nov. 1, 1955.

*Rankin & Acher,* Helena, for Appellant.

*Lyman H. Bennett,* Virginia City, *Lyman H. Bennett, Jr.,* Bozeman, for Respondent.

Per Curiam.

On application of the appellants and the respondent, and stipulation filed;

It is hereby ordered that the appeal herein from the order denying a motion for change of venue in the above entitled cause be and it is dismissed.

MR. CHIEF JUSTICE ADAIR and MR. JUSTICES ANDERSON, ANGSTMAN, DAVIS and BOTTOMLY concur.

No. 9581. LEONARD J. QUINLIVAN, Plaintiff and Respondent, *v.* INDUSTRIAL ACCIDENT BOARD, Defendant and Appellant.